IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CARLOS EDGARDO DELIZ DIAZ

MARILYA SOMARIS CARDONA NIEVES

XXX-XX-9364

XXX-XX-2357

Debtor(s)

CASE NO. 07-01185 SEK

Chapter 13

FILED & ENTERED ON 06/30/2011

ORDER

The motion requesting entry of order approving debtor's intention to modify their mortgage through the Home Affordable Modification Program filed on 06/07/2011 (Docket No. 36) is GRANTED.

SO ORDERED.

In San Juan, Puerto Rico, this June 30, 2011.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

c: DEBTOR (S)
ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO OLIVERAS RIVERA