Certificate Number: 00301-PR-DE-016092497

Bankruptcy Case Number: 07-01185


00301-PR-DE-016092497

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 20, 2011</u>, at <u>11:46</u> o'clock <u>AM EDT</u>, <u>CARLOS DELIZ</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Puerto Rico</u>.

Date: <u>September 20, 2011</u>　　　By: <u>/s/Lakshmi Jiawan</u>

　　　　　　　　　　　　　　　　Name: <u>Lakshmi Jiawan</u>

　　　　　　　　　　　　　　　　Title: <u>Certified Bankruptcy Counselor</u>